◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MONTES, Appellant. [653 NYS2d 887] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Drury, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.